CA 08 41

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JOYCE WAGENMAKER

V.

AMICA MUTUAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Serve Upon: Secretary
Robert K. Mackenzie
100 Amica Way
Lincoln, RI 02865

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Oliveira, Esq.
155 South Main Street
Suite 305
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

1/30/08
DATE

Rona J. Smith
(By) DEPUTY CLERK

Charlene Shoener
Charlene Shoener
Sr. Exec. Staff Asst. Agent for Service

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-30-08 |
| NAME OF SERVER *(PRINT)* Anthony Marcello Sr. | TITLE 3-Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with Charlene Shoener Agent for Service Serving Robert K. Mackenzie 100 Amica Way Lincoln RI 02865

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL |
|---|---|---|---|
| | 0 | 35 00 | 35 00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-30-08
Date

Anthony Marcello Sr.
Signature of Server

54 Hall St. Burrillville RI 02830
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.