UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Joyce Wagenmaker
Plaintiff(s)

v. Dkt. No. 08-41T

AMICA Mutual Insurance Company
Defendant(s) /Third-Party Plaintiff
v.
Vito Vitone, Third-Party Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff/~~Defendant/Third-Party Plaintiff, AMICA Mutual Ins.Co. hereby moves that John A. Donovan III be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

AMICA Mutual Ins. Co.
(~~Plaintiff/~~Defendant)/Third-Party Plaintiff

By: Nicole J. Todesco
Bar ID No. 7166
Address: Sloane & Walsh, LLP
3 Center Plaza, Boston, MA 02108

DATED: 2/6/08

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of RI, MA, NH , District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) MA, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

John A. Donovan III — Print Name
5707 — State Bar ID #
Sloane & Walsh, LLP — Firm Name
3 Center Plaza — Business Address
Boston, MA 02108

Tel. # 617-523-6010
Fax # 617-523-2181

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Nicole J. Todesco — Print Name
7166 — RI Bar ID #
Sloane & Walsh, LLP — Firm and Business Address
3 Center Plaza
Boston, MA 02108

Tel. # 617.523.6010 Fax # 617.523-2181

---

**ORDER**

This is motion hereby ________________________________________

____________________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

I, Nicole J. Todesco, attorney for Defendant/Third-Party Plaintiff, hereby certify that on this 6th day of February 2008, I caused a copy of the foregoing pleading(s) to be forwarded to counsel of record via First Class U.S. Mail, postage prepaid, as follows:

David J. Oliveira, Esq.
155 South Main Street, Suite 305
Providence IR 02903

Nicole J. Todesco
Nicole J. Todesco