UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER | : | |
| Plaintiff | : | |
| | : | C.A. No. 08-41T |
| v. | : | |
| | : | |
| AMICA MUTUAL INSURANCE COMPANY | : | |
| Defendant | : | |

**PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Plaintiff, pursuant to Fed.R.Civ.P. 12(f), hereby moves this honorable Court for an Order striking certain of the affirmative defenses that Defendant has raised in its Answer. For grounds, Plaintiff relies on the Memorandum of Law served contemporaneously herewith.

Plaintiff
By her Attorney

/s/ David J. Oliveira
DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com
Date: 02/28/2008

**CERTIFICATION**

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108 and **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 28th day of February, 2008.

/s/ Nancy L. Pesaturo