UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY | : | C.A. No. 08-41T |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

## PRELIMINARY STATEMENT

**1.** Plaintiff, Joyce Wagenmaker, admits that this matter concerns the respective rights and obligations of Plaintiff and Defendant, Amica Mutual Insurance Company ("AMICA") with regard to insurance policies that AMICA issued to a non-party, Vito Vitone. Plaintiff denies that the Counterclaim properly raises any issues regarding coverage of Vito Vitone under the AMICA policies for a motor vehicle accident that occurred on July 3, 2006 as Mr. Vitone is not a party to the Complaint and makes no claims herein. Plaintiff admits that the Counterclaim, as does the Complaint, raises issues of coverage for the injuries that Plaintiff sustained in the July 3, 2006 motor vehicle accident. Plaintiff denies the allegations in Paragraph 1 which state what this Court "must determine and declare."

## PARTIES

2. Admitted.

3. Admitted.

**FACTS**

4. Admitted.

5. Admitted.

6. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Counterclaim.

7. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Counterclaim.

8. Upon information and belief, Plaintiff denies the allegations set forth in Paragraph 8 of the Counterclaim.

9. Upon information and belief, Plaintiff denies the allegations set forth in Paragraph 9 of the Counterclaim.

10. Upon information and belief, Plaintiff denies the allegations set forth in Paragraph 10 of the Counterclaim.

11. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Counterclaim.

12. Admitted.

13. Admitted.

14. Admitted.

15. Plaintiff admits that she has alleged that she sustained personal injuries as a result of the July 3, 2006 motor vehicle accident; Plaintiff is unaware of any allegations made by Vito Vitone in this regard except that none have been made in this action.

16. Admitted.

17. Denied.

**COUNT I**
**(DECLARATORY JUDGMENT)**

18. The response is set forth in Paragraphs 1 through 17 above are incorporated herein as if set forth again in full.

19. Upon information and belief, Plaintiff denies the allegations set forth in Paragraph 19 of the Counterclaim.

20. Upon information and belief, Plaintiff denies the allegations set forth in Paragraph 20 of the Counterclaim.

21. Admitted.

22. The allegations set forth in Paragraph 22 of the Counterclaim pertain to someone who is not a party to this action, and have no bearing on the claims set forth herein. For that reason no response to this paragraph is required. To the extent a response is required Plaintiff is without knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 22 of the Counterclaim.

23. Denied.

24. Denied.

25. Plaintiff admits the allegations set forth in Paragraph 25 of the Counterclaim with the exception of the statement that “the parties’ rights and liabilities can only be determined by Declaratory Judgment.”

26. Denied.

WHEREFORE, Plaintiff demands judgment in her favor together with all relief claimed in the Complaint.

Plaintiff
By her Attorney

____/s/ David J. Oliveira______

DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com

Date: _____02/28/2008________

**CERTIFICATION**

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108 and **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 28th day of February, 2008.

___/s/ Nancy L. Pesaturo____