UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C. A. NO.: 08-cv-00041-T-DLM

| | |
|---|---|
| JOYCE WAGENMAKER, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMICA MUTUAL INSURANCE COMPANY, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VITO VITONE, | ) |
| Third-Party Defendant. | ) |

**DEFENDANT, AMICA MUTUAL INSURANCE COMPANY'S, MOTION FOR ENLARGEMENT OF TIME TO FILE AND SERVE AN OBJECTION TO PLAINTIFF'S MOTION TO STRIKE AFFRIMATIVE DEFENSES**

Now comes the defendant, AMICA Mutual Insurance Company ("AMICA"), and, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of the United States District Court for the District of Rhode Island, hereby moves this Honorable Court for an order enlarging the time for it to file and serve the attached Opposition to Plaintiff's Motion to Strike Certain Affirmative Defenses and accompanying Memorandum of Law. As grounds, Defendant states that Rule 6(b) gives wide discretion to the court to revive time limits after they have expired, the only exceptions being those relating to post judgment motions under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b). In the instant matter, the failure to file the attached objection and memorandum of law was the result of excusable neglect due to counsel's failure to diary the applicable time limit under the Local Rules. Defendant further states that its delay was brief (two days) and made in good faith. Further, it did not prejudice the Plaintiff or disrupt the judicial

proceedings. Pioneer Inv. Serv. Co. v. Brunswick Assocs. Ltd. Partnership, 113 S. Ct. 1489, 1499 (1993).

WHEREFORE, the defendant respectfully requests that the Court allow its motion for enlargement of time to file and serve objection to the plaintiff's Motion to Strike Certain Affirmative Defenses.

Respectfully submitted,
DEFENDANT
AMICA Mutual Insurance Company
By its attorney,

/s/ Nicole Todesco

Nicole J. Todesco, Esq. (#7166)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
ntodesco@sloanewalsh.com

Dated: March 19, 2008

/s/ John A. Donovan III

John A. Donovan III (#5707)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903.

/s/ Debra Ito

Debra L. Ito

S:\VITONE, VITO AND LINDA - AM-970-1808\Pleadings\Motion to Enlarge.doc