UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C. A. NO.: 08-cv-00041-T-DLM

JOYCE WAGENMAKER, )
Plaintiff, )
)
v. )
)
AMICA MUTUAL INSURANCE COMPANY, )
Defendant/Third-Party Plaintiff, )
)
v. )
)
VITO VITONE, )
Third-Party Defendant. )

**DEFENDANT, AMICA MUTUAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFRIMATIVE DEFENSES**

Now comes the defendant, AMICA Mutual Insurance Company ("AMICA"), and hereby opposes plaintiff's Motion to Strike Affirmative Defenses. Specifically, defendant opposes the Motion to Strike the Sixth and Twelfth Affirmative Defenses because plaintiff has failed to sustained her burden of demonstrating that these defenses are redundant, immaterial, impertinent or scandalous.

As further grounds in support of this Opposition, the defendant relies on the accompanying Memorandum of Law.

WHEREFORE, the defendant respectfully requests that the Court deny the plaintiff's Motion to Strike the Sixth and Twelfth Affirmative Defenses.

Respectfully submitted,
DEFENDANT
AMICA Mutual Insurance Company
By its attorney,

/s/ Nicole Todesco

Nicole J. Todesco, Esq. (#7166)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor

Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
ntodesco@sloanewalsh.com

Dated: March 19, 2008

/s/ John A. Donovan III

John A. Donovan III (#5707)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903.

/s/ Debra Ito

Debra L. Ito

S:\VITONE, VIT0 AND LINDA - AM-970-1808\Pleadings\opposition tomotiontostrike.doc