**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOYCE WAGENMAKER,
Plaintiff

v. CA08-41T

AMICA MUTuAL INSURANCE COMPANY,
ET AL.,
Defendants

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

[signature]
Deputy Clerk

ENTER:

[signature]
Senior U.S. District Judge
Ernest C. Torres
date: 3/18/08