UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C. A. NO.: 08-cv-00041-T-DLM

JOYCE WAGENMAKER, )
Plaintiff, )
)
v. )
)
AMICA MUTUAL INSURANCE COMPANY, )
Defendant/Third-Party Plaintiff, )
)
v. )
)
VITO VITONE, )
Third-Party Defendant. )

**STIPULATION REGARDING**
**PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Now come the plaintiff and defendant and hereby stipulate and agree as follows:

1. Defendant, AMICA Mutual Insurance Company waives its Second, Fourth, Seventh and Eighth Affirmative Defenses; and

2. Plaintiff withdraws her Motion to Strike Affirmative Defenses without prejudice.

Respectfully submitted,

PLAINTIFF,
By her attorney

/s/ David J. Oliveira

David J. Oliveira, Esq. #2516
155 South Main Street, Suite 305
Providence, RI 02903
401-274-9191

DEFENDANT
AMICA Mutual Insurance Company
By its attorney,

/s/ Nicole Todesco

---

Nicole J. Todesco, Esq. (#7166)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
ntodesco@sloanewalsh.com

Dated: April 23, 2008

/s/ John A. Donovan III

---

John A. Donovan III (#5707)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903.

/s/ Debra L. Ito

---

Debra L. Ito

S:\VITONE, VITO AND LINDA - AM-970-1808\Pleadings\stipulationno2.DOC