UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C. A. NO.: 08-cv-00041-T-DLM

JOYCE WAGENMAKER, )
Plaintiff, )
)
v. )
)
AMICA MUTUAL INSURANCE COMPANY, )
Defendant/Third-Party Plaintiff, )
)
v. )
)
VITO VITONE, )
Third-Party Defendant. )

**STIPULATION REGARDING STAY OF PLAINTIFFS' BAD FAITH (COUNT II) AND BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING (COUNT III) CLAIMS**

Now come the plaintiff and defendant, and hereby stipulate and agree to stay all discovery and proceedings with respect to plaintiff's claims for bad faith (Count II) and Breach of Duty of Good Faith and Fair Dealing (Count III), pending the ultimate resolution of plaintiff's declaratory judgment (Count I) and breach of contract (Count II) claims.

Respectfully submitted,

PLAINTIFF,
By her attorney

/s/ David Oliveira

_______________________________

David J. Oliveira, Esq. #2516
155 South Main Street, Suite 305
Providence, RI 02903
401-274-9191

DEFENDANT
AMICA Mutual Insurance Company
By its attorney,

/s/ Nicole Todesco

Nicole J. Todesco, Esq. (#7166)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523-6010/(617) 227-0927 – *fax*
ntodesco@sloanewalsh.com

Dated: April 23, 2008

/s/ John A. Donovan III

John A. Donovan III (#5707)
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523-6010/(617) 227-0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903.

/s/ Debra L. Ito

Debra L. Ito

S:\VITONE, VITO AND LINDA - AM-970-1808\Pleadings\stipulationno1.DOC