MPD:fm/lab 07-289

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOYCE WAGENMAKER,
Plaintiff

VS C.A. NO. 08-41T

AMICA MUTUAL INSURANCE COMPANY,
Defendant

# SAFECO INSURANCE COMPANY OF ILLINOIS' MOTION TO INTERVENE AND CONSOLIDATE

Safeco Insurance Company hereby moves to intervene and consolidate this action with the recently filed action captioned Safeco Insurance Company of Illinois v. Amica Mutual Insurance Company and Joyce Wagenmaker, C.A. No. 08-145S. The parties hereto have no objection to the intervention and consolidation. In support of the within motion, Safeco Insurance Company of Illinois submits the attached Memorandum.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Safeco Insurance Company of Illinois
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
Fax: (401) 421-7218

## Request for Hearing

Safeco Insurance Company of Illinois hereby requests a hearing on its Motion to Intervene and Consolidate. It is anticipated that the hearing on the motion should last no more than fifteen minutes.

CERTIFICATION

TO: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903
John Donovan, Esq., Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108
Todd White, Esq., One Citizens Plaza, 8th Floor, Providence, RI 02903

DATED: April 22, 2008 ____________________________

MPD:fm/lab 07-289

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOYCE WAGENMAKER,
Plaintiff

VS C.A. NO. 08-41T

AMICA MUTUAL INSURANCE COMPANY,
Defendant

SAFECO INSURANCE COMPANY OF ILLINOIS' MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE AND CONSOLIDATE

Safeco Insurance Company of Illinois ("Safeco") has recently filed a complaint for declaratory judgment against Amica Mutual Insurance Company ("Amica") and Joyce Wagenmaker ("Wagenmaker") arising out of the motor vehicle accident which is the subject of this litigation. With this case, the parties, in part, seek to resolve coverage for Wagenmaker under a policy of insurance issued by Amica. Safeco, in its action, seeks a declaratory judgment as to whether or not Wagenmaker is entitled to coverage under a policy issued to her by Safeco. As Wagenmaker does in her case, Safeco seeks a declaration that Amica was obligated to provide coverage to her for the accident under a policy issued to its insured Vito Vottone, and that that coverage is primary to that of Safeco.

For all these reasons, Safeco requests that its motion to intervene in this action, and to consolidate this action with the recently filed action captioned Safeco Insurance Company of Illinois v. Amica Mutual Insurance Company and Joyce Wagenmaker, C.A. No. 08-145S, now be granted.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Safeco Insurance Company of Illinois
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
Fax: (401) 421-7218

CERTIFICATION

TO: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903
John Donovan, Esq., Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108
Todd White, Esq., One Citizens Plaza, 8th Floor, Providence, RI 02903

DATED: April 22, 2008 ________________________