# EXHIBIT 4A

INSURANCE COMPANY
LINCOLN, RHODE ISLAND

Policy Number: 961138-23YV

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818-2073

**ID CARDS ENCLOSED AFTER THIS LETTER**

Dear Policyholder:

Please accept our sincere appreciation for insuring with Amica. Maintaining your trust and confidence continues to be our highest priority.

Your renewal policy as well as all related materials and necessary information are enclosed.

If you would like to make any changes or need additional information, please be sure to contact us. Changes will be effective on the renewal date unless an earlier date is requested.

**Amica Mutual Insurance Company**

*J0006H0 33 0*

Amica

# Rhode Island Personal Auto Policy

**A Non-Assessable Policy**

---

# Amica Mutual Insurance Company


| | |
|---|---|
| Corporate Office | One Hundred Amica Way<br>Lincoln, Rhode Island<br>Mail: PO Box 6008, Providence, RI 02940-6008<br>Toll Free: 1-800-65-AMICA |
| Policyholder Service | Rhode Island Underwriting Department<br>Ten Amica Center Blvd<br>Lincoln, Rhode Island<br>Mail: PO Box 6008<br>Providence, RI 02940-6008<br>1-800-24-AMICA 1-800-65-AMICA |


**READ YOUR POLICY CAREFULLY**

This policy is a legal contract between you and us. The Personal Auto Policy has been:

- designed for your easy reference
- simplified to make it more understandable; and
- arranged to better display the available coverages.

---

**Branch Offices Countrywide**

Away from home? Call Toll Free 1-800-24-Amica for the nearest branch office.

# YOUR PERSONAL AUTO POLICY QUICK REFERENCE


| | | Beginning On Page |
|---|---|---|
| | **DECLARATIONS PAGE**<br>Your Name and Address<br>Your Auto or Trailer<br>Policy Period<br>Coverages and Amounts of Insurance | |
| | AGREEMENT<br>DEFINITIONS | 1<br>1 |
| **PART A LIABILITY COVERAGE** | Insuring Agreement<br>Supplementary Payments<br>Exclusions<br>Limit of Liability<br>Out of State Coverage<br>Financial Responsibility Required<br>Other Insurance | 2 |
| **PART B MEDICAL PAYMENTS COVERAGE** | Insuring Agreement<br>Exclusions<br>Limit of Liability<br>Other Insurance | 5 |
| **PART C UNINSURED MOTORISTS COVERAGE** | Insuring Agreement<br>Exclusions<br>Limit of Liability<br>Other Insurance<br>Arbitration | 6 |
| **PART D COVERAGE FOR DAMAGE TO YOUR AUTO** | Insuring Agreement<br>Transportation Expenses<br>Exclusions<br>Limit of Liability<br>Payment of Loss<br>No Benefit to Bailee<br>Other Sources of Recovery<br>Appraisal | 8 |
| **PART E DUTIES AFTER AN ACCIDENT OR LOSS** | General Duties<br>Additional Duties for Uninsured Motorists Coverage<br>Additional Duties for Coverage for Damage to Your Auto | 11 |
| **PART F GENERAL PROVISIONS** | Bankruptcy<br>Changes<br>Fraud<br>Legal Action Against Us<br>Our Right to Recover Payment<br>Policy Period and Territory<br>Termination<br>Transfer of Your Interest in this Policy<br>Two or More Auto Policies<br>Mutual Provisions | 12 |
| **ENDORSEMENTS** | Additional benefits or restrictions | Following Page 14 |

# FAIR CREDIT REPORTING ACT DISCLOSURE NOTICE

Amica is committed to ensuring that customers who are less likely to experience losses pay less for their insurance. We consider some of the information contained in credit reports when determining insurance premiums because this information has proven to be an effective predictor of future insurance losses. Due to the wide array of information that we use in determining premiums, including credit-related information, there are literally thousands of policy premium possibilities. As a result of the information we obtained from an insurance score based on your credit report, you are not eligible for our best rate at this time.

Please keep in mind that whether your overall insurance premium increases or decreases depends on a number of factors in addition to credit report information. General statewide rating factors and revisions, as well as information included in motor vehicle reports and/or prior loss information, could affect your insurance premium.

Amica, like many insurance companies, uses a Credit-Based Insurance Score in the automobile premium determination making process. The score is a snapshot of a particular aspect of a consumer's risk picture and is based upon information contained in the credit report. We wish to make it clear that we do not receive a copy of your actual credit report, but rather a numeric score based on specific information taken from the report.

The consumer reporting agency has also given us the four predominant factors which influenced your Credit-Based Insurance Score.

Excessive or unknown amount owed on auto finance accounts

Accounts currently or in the past delinquent

Insufficient length of time since most recent account established

Unfavorable number of accounts currently paid as agreed

Your policy rating has also been affected by the existence of violations and citations:

The following is a list of such incidents:

| Date | Incident Type | Driver |
|---|---|---|
| 04/16/04 | CONVICTION | ANTHONY J. VITONE |
| 07/11/05 | CONVICTION | ANTHONY J. VITONE |

Copies of your report(s) are available to you at no charge from the consumer reporting agency that provided us with the information. Section 612 of the Fair Credit Reporting Act entitles you to a free copy of the report(s) within 60 days of receiving this notice. You also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in the report(s) furnished by the agency. Amica cannot do this for you. If you dispute any information in the report(s), you must correspond directly with the appropriate consumer reporting agency. The consumer reporting agency did not make the decision to take the adverse action described above and cannot explain why the action was taken.

To obtain a copy of your report(s), or question information contained in the report(s), you may contact the appropriate consumer reporting agency listed below.

**Credit History:**

Equifax
P.O. Box 740241
Atlanta, Georgia 30374-0241
1-800-685-1111

**Driver History:**
**(Motor Vehicle and CLUE reports)**
ChoicePoint Consumer Center
P.O. Box 105108
Atlanta Georgia, 30348-5108
1-800-456-6004
www.consumerdisclosure.com

Thank you for choosing Amica. We appreciate the opportunity to serve your insurance needs.

## IMPORTANT NOTICE TO OUR RHODE ISLAND POLICYHOLDERS



Amica uses Credit-Based Insurance Scores as part of the policy writing process.

Rhode Island law requires that we provide you with educational material related to the use of Credit-Based Insurance Scores and the connection between credit history, insurance underwriting and loss experience.

An enclosure containing more information is provided.

**Amica Mutual Insurance Company**

# ANSWERS
## to Your Questions About Fair Isaac Credit-Based Insurance Scores

### (1) WHAT IS A CREDIT-BASED INSURANCE SCORE?

A credit-based insurance score, also known simply as an insurance score, is a snapshot of a consumer's insurance risk picture at a particular point in time based on credit report information. Insurers use insurance scores along with motor vehicle records, loss history reports and/or application information to evaluate new and renewal auto and homeowner insurance policies. It helps them decide, "If we accept this applicant or renew this policy, will we likely be exposed to more losses than our collected premiums will allow us to handle?"

Insurance scores are based solely on information in consumer credit reports. The scores are dynamic, changing as new information is added to a consumer's credit report. Insurers will typically ask for a current score when they receive a new application for insurance, or prepare to renew an existing policy, so they have the most recent information available.

**YOUR SCORE WILL IMPROVE OVER TIME THROUGH A PATTERN OF RESPONSIBLE CREDIT USE.**

### (2) WHERE DO INSURANCE SCORES COME FROM?

Fair Isaac insurance scores are based on information from consumer credit reports that insurers get from the three major credit reporting agencies: Equifax, Experian and TransUnion. Information from these consumer credit reports used in scoring in most states includes:

| | |
|---|---|
| Late payments, collections, bankruptcies | New applications for credit |
| Length of credit history | Types of credit in use |
| Outstanding debt | |

**AN INSURANCE SCORE IS A SNAPSHOT OF YOUR INSURANCE RISK PICTURE AT A PARTICULAR POINT IN TIME BASED ON CREDIT REPORT INFORMATION.**

### (3) WHAT'S NOT INCLUDED IN AN INSURANCE SCORE?

Fair Isaac insurance scores do not use the following information:

| | |
|---|---|
| Ethnic group | Nationality |
| Religion | Age |
| Gender | Marital Status |
| Familial Status | Income |
| Handicap | Address |

**REVIEW YOUR CREDIT REPORTS ONCE A YEAR AND REPORT ANY ERRORS TO THE CREDIT REPORTING AGENCIES.**

### (4) WHY DO INSURANCE COMPANIES USE FAIR ISAAC INSURANCE SCORES?

Insurance companies use scores to help them issue new and renewal insurance policies. Fair Isaac insurance scores provide an objective, accurate and consistent tool that insurers use with other applicant information to better anticipate claims, while streamlining the decision process so they can issue policies more efficiently. By better anticipating claims, insurers can better control risk, enabling them to offer insurance coverage to more consumers at a fairer cost.

**INSURANCE SCORES PROVIDE UNDERWRITERS WITH AN OBJECTIVE, ACCURATE AND CONSISTENT TOOL THAT, USED WITH OTHER UNDERWRITING INFORMATION, HELPS THEM ISSUE NEW AND RENEWAL INSURANCE POLICIES.**

### (5) HOW DO YOU KNOW IT WORKS?

Independent tests by insurance companies and a major consulting firm compared Fair Isaac insurance scores against the claims history of policyholders. The tests demonstrated that the scores very effectively predict the likelihood of claims.

### (6) HOW CAN I FIND OUT MY SCORE?

While you can get copies of your credit reports from credit reporting agencies, currently only insurance companies can obtain Fair Isaac insurance scores. However, your insurance company or your agent can tell you the main reasons behind your score.

Keep in mind that your score is one of many pieces of information an underwriter uses to review an application or a policy. Factors like motor vehicle reports and application information also impact this decision to issue or renew a policy, which is solely the insurer's decision. Also, remember that the score changes as new information is added to your credit report.

## (7) HOW CAN I IMPROVE MY SCORE?

A Fair Isaac insurance score is a snapshot of your insurance risk picture based on information in your credit report, which reflects your credit payment patterns over time, with more emphasis on recent information. To improve a score, you should:

- Pay bills on time. Delinquent payments and collections can have a major negative impact on a score.
- Keep balances low on unsecured revolving debt like credit cards. High outstanding debt can affect a score.
- Apply for and open new credit accounts only as needed.

You can increase your score over time by using credit responsibly. It's also a good idea to periodically obtain a copy of your credit reports from the three major credit reporting agencies to check for any inaccuracies.

## (8) WHAT IF I AM TURNED DOWN FOR INSURANCE OR MY RATE IS INCREASED?

If consumer credit information played a role in an insurer's decision to decline your insurance policy or increase your rate, the federal Fair Credit Reporting Act (FCRA) requires that the insurer tell you, and give you the name of the credit reporting agency that provided the information. In these situations, you are entitled by law to receive a free copy of your credit report to review, in order to help you understand how to better manage your credit or to challenge any errors that might appear on your report.

## (9) WHAT IF THE INFORMATION IN MY CREDIT REPORT IS WRONG?

If you find errors in your credit report, you should report the errors to the credit reporting agency. By law, the credit reporting agency must investigate and respond to your request within 30 days. If you are in the process of applying for an insurance policy, you should immediately notify your insurance company or agent about any incorrect information in your report. Small errors may have little or no affect on the score. If there are significant errors, the insurance company may choose to disregard the score and rely more on other underwriting information to make a decision on your application.

Make sure the information in your credit report is correct by reviewing your credit report from each credit reporting agency at least once a year. Call these numbers to order a copy (*a fee may be required*): Equifax: (800) 685-1111
TransUnion: (800) 888-4213
Experian: (888) 397-3742

Fair Isaac Corporation (NYSE:FIC) is the preeminent provider of creative analytics that unlock value for people, businesses and industries. The company's predictive modeling, decision analysis, intelligence management, decision management systems and consulting services power more than 25 billion mission-critical customer decisions a year.

For more information, visit *www.fairisaac.com*, email *info@fairisaac.com* or call 1-800-999-2955.

## SCORING FACTS AND FALLACIES

FALLACY: With scoring, computers are making the underwriting decisions.

**FACT: Computers don't make underwriting decisions, people do. While a computer does calculate a Fair Isaac insurance score, the score is only one of several pieces of information that insurance underwriters use to help make a decision on new and renewal policies. Some insurance companies use scores to help them decide when to ask for more information from the applicant.**

FALLACY: A poor score will haunt me forever.

**FACT: Just the opposite is true. A Fair Isaac insurance score is a snapshot of your insurance risk picture at a particular point in time. Your score changes as new information is added to your credit reporting agency file. Over time, your score changes gradually as you change the way you handle your credit responsibilities. Because recent credit information is more predictive than older information, past credit problems will impact your score less as time passes. Insurance companies typically request a current score when you submit a new application so they have the most recent information available.**

FALLACY: Insurance scores are unfair to minorities.

**FACT: Fair Isaac insurance scores do not consider ethnic group, religion, gender, marital status, nationality, age, income or address. Only credit-related information is included.**

**Fair Isaac insurance scores have proven to be an accurate and consistent measure of insurance risk for all people who have some credit history. In other words, at a given score both non-minority and minority applicants present an equal level of insurance risk, or the likelihood of future insurance claims.**

FALLACY: Scoring is an invasion of my privacy.

**FACT: Insurance companies have used consumer credit information to assist in their underwriting decisions since the FCRA was enacted in 1970. An insurance score is simply a number that provides an objective and consistent summary of that credit information. In fact, by using scores, some insurance companies don't need to ask for as much information on their application forms.**

FALLACY: My insurance score will be hurt if I contact several insurance companies who each access my credit report.

**FACT: Insurance company requests, or "inquiries," are not considered by Fair Issac insurance scores or by Fair Isaac credit scores and will not affect your score.**

Copyright, 2003 Fair, Isaac & Company, Inc. All rights reserved.

PERSONAL AUTO POLICY

**ADVISORY NOTICE TO POLICYHOLDERS**

**AM 00 21 01 05**

This is a summary of the major changes in your Personal Auto Policy. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Some of the language of the new policy has been restated and repunctuated for clarity and readability but with no change in coverage intent.

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. We have followed the policy sequence of provisions in setting out this material.

## I. DEFINITIONS

Clarifications of Coverage

- We have separated the phrase "getting in, on, out or off" from the rest of the definition of **occupying** to clarify the intent of the definition.
- We have revised reference to the 10,000 lbs. Gross Vehicle Weight (GVW) limitation on a pickup or van under the definition of **newly acquired auto** to include the word "Rating".

## II. PART A - LIABILITY COVERAGE

Clarifications of Coverage

- We have clarified that supplementary payments may be paid regardless of when, or if, payments are made under the limit of liability provision.
- We have revised the Other Insurance Provision to clarify that any insurance provided for a non-owned vehicle, including any vehicle while used as a temporary substitute for **your covered auto** (such as a rental vehicle), shall be excess over any other collectible insurance.

## III. PART B - MEDICAL PAYMENTS COVERAGE

A. Broadening of Coverage

We have provided Medical Payments coverage when an insured is occupying a non-owned pickup or van while being used in the business of an insured. Your former policy only provided such coverage for an owned pickup or van.

B. Clarification of Coverage

We have clarified that any insurance provided for a non-owned vehicle, including any vehicle while used as a temporary substitute for **your covered auto** (such as a rental vehicle), shall be excess over any other collectible insurance.

## IV. PART C - UNINSURED MOTORISTS COVERAGE

Clarifications of Coverage

- We have clarified that the exclusion of coverage that applies when an insured or the insured's legal representative settles a bodily injury claim, only applies when such settlement prejudices our right to recover payment.
- We have clarified that any insurance provided for a non-owned vehicle, including any vehicle while used as a temporary substitute for "your covered auto" (such as a rental vehicle), shall be excess over any other collectible insurance.


Copyright, ISO Properties, Inc., 2004

## ADVISORY NOTICE TO POLICYHOLDERS



### V. PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

A. Broadenings of Coverage

- We have expanded coverage for electronic equipment that reproduces, receives, or transmits audio, visual or data signals and is permanently installed, including both manufacturer equipment as well as aftermarket equipment. However, such coverage is limited to a separate limit of $1,000 if the electronic equipment that reproduces, receives, or transmits audio, visual or data signals is permanently installed in the auto in locations **not** used by the auto manufacturer for installation of such equipment.

  This expansion of coverage accounts for the rise of new equipment such as navigational systems, Internet access systems and similar items, which are standard or optional equipment in many automobiles.

- We have increased the limit for physical damage coverage for non-owned trailers from $500 to $1,500.

B. Clarifications of Coverage

- We have clarified that the time periods in Paragraph B. (formerly Paragraphs B. and C.) of the Transportation Expenses Provision are subject to the conditions and limits of Paragraph A. of such provision. For example, in the event of a loss to your covered auto, which is not caused by a theft of your auto, we will pay up to $20 per day/$600 maximum for transportation expenses beginning when the auto is withdrawn from use for more than 24 hours.

- Under the Appraisal provision, we have clarified that in the event that we and you do not agree on the amount of loss, the appraiser selected by either party must be competent and impartial. This is to ensure that the appraiser selected has no conflict of interest in the proceedings.

### VI. PART E - DUTIES AFTER AN ACCIDENT OR LOSS

Clarification of Coverage

We have clarified that we may deny coverage because of an insured's failure to comply with the duties described in this section, only if said failure is prejudicial to us. The former policy did not require the failure to comply with the duties to be prejudicial to us.

## UNINSURED AND/OR UNDERINSURED MOTORISTS COVERAGE

### I. OWNED BUT NOT INSURED EXCLUSION

Restriction of Coverage

This provision will apply in Alabama, Arizona, Colorado, Delaware, Kentucky, Mississippi, Montana, New Jersey, New Mexico, Vermont and Virginia.

We have revised the Other Insurance Provision to clarify that uninsured and/or underinsured motorists (UM/UIM) coverage will be excess over any other collectible insurance for a vehicle owned by the named insured or family member, but not insured for UM/UIM coverage under your policy. Therefore, UM/UIM coverage under your policy may be available on an **excess** basis with respect to a vehicle not insured for UM/UIM coverage under your policy, but which is owned by a family member who is residing in your household and has other collectible UM/UIM coverage.



Copyright, ISO Properties, Inc., 2004

**ADVISORY NOTICE TO POLICYHOLDERS**



## II. UNDERINSURED MOTORISTS COVERAGE OFFSET

Restriction of Coverage

This provision will apply in Florida, Iowa, Kansas, Minnesota, New Jersey, Rhode Island, South Carolina and Washington.

We have introduced an underinsured motorists coverage offset that permits us to reduce an insured's total damages under underinsured motorists coverage by any amounts payable to the insured but not recovered under the liability coverage of the underinsured motorist.

The following example illustrates the application of the offset to amounts otherwise payable under the underinsured motorist's liability coverage:

Underinsured Motorist's liability coverage limit is $100,000
Your underinsured motorists coverage limit is $300,000
Your total damages resulting from the accident are $120,000

The underinsured motorist's insurer offers you $90,000 to settle the claim and we consent to the settlement. You sign a release and settle the claim for $90,000. We will not be obligated to pay the $10,000 that was available to you but not recovered under the tortfeasor's liability coverage. Thus, your total damages of $120,000 would be reduced by $10,000, and the amount of damages payable by us becomes $20,000.

## III. UNINSURED MOTORISTS INSOLVENCY LIMITATIONS

Restriction of Coverage

This provision will apply in Arkansas, California, Florida, Idaho, Indiana, Kansas, Kentucky, Missouri, Nebraska, Nevada, New Hampshire, Oklahoma, Pennsylvania, Tennessee, Vermont and Washington.

We have introduced a time limitation for uninsured motorists coverage claims resulting from a liability insurer's insolvency. Therefore, in order for a vehicle to be considered uninsured as a result of the liability insurer's insolvency, the liability insurer must become insolvent within the time limitation.


Copyright, ISO Properties, Inc., 2004

## IMPORTANT NOTICE TO OUR POLICYHOLDERS



We have made adjustments to our vehicle USE classifications. We are no longer classifying the USE of your auto(s) in terms of pleasure use or commuting distance to work. Our USE classification is now based on the average number of miles you drive daily for any purpose. Please review the specific classifications listed for each vehicle under the USE heading on your policy Declarations Page and contact us if adjustments to the individual vehicle uses are required.

## ADVISORY NOTICE TO POLICYHOLDERS



The **Loss Payable Clause Endorsement** and **Additional Insured - Lessor Endorsement** have been revised to indicate that we will not make payment to the Lessor or Loss Payee for loss or damage in certain situations including fraud, misrepresentation or concealment on the part of the insured. This provision also indicates that the Lessor or Loss Payee has no greater rights under the provisions of this policy than the insured.

If you have any questions regarding these changes, please contact the branch office serving your area.

**DECLARATIONS** **PERSONAL AUTO POLICY NO.** 961138-23YV

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

**POLICY PERIOD: 12:01 A.M., STANDARD TIME**
**From:** NOVEMBER 25, 2005
**To:** NOVEMBER 25, 2006

| Auto No | DESCRIPTION OF AUTO(S) OR TRAILER(S) | LOSS PAYEE |
|---|---|---|
| 1 | 2000 CHRYSLER 300M SEDAN<br><br>VIN 2C3HE66G4YH168716<br>USE: AVG DAILY MILES: LESS THAN 30 | |
| 2 | 1994 MERCEDES-BENZ E420 SEDAN<br><br>VIN WDBEA34E2RC043128<br>USE: AVG DAILY MILES: 30 OR MORE | |
| 3 | 2002 LINCOLN LS SEDAN<br><br>VIN 1LNHM86S82Y711671<br>USE: AVG DAILY MILES: LESS THAN 30 | FORD MOTOR CREDIT CORP.<br>P.O. BOX 105704<br>ATLANTA, GA 30348 |
| 4 | 1999 JEEP CHEROKEE<br>CLASSIC UT<br>VIN 1J4FF68S7XL528459<br>USE: AVG DAILY MILES: LESS THAN 30 | |
| 5 | 1998 CHEVROLET CORVETTE<br>CONVERTIBLE<br>VIN 1G1YY32G8W5115652<br>USE: AVG DAILY MILES: LESS THAN 30 | |
| 6 | 2005 HYUNDAI TUCSON GLS AWD/LX<br>AWD UTL<br>VIN KM8JN72D95U194649<br>USE: AVG DAILY MILES: LESS THAN 30 | |

**The Auto(s) or Trailer(s) described in this policy is principally garaged at the above address unless otherwise stated.**

SAFE DRIVER PLAN CHARGEABLE POINTS - 2

**RATES ARE BASED ON THE FOLLOWING HOUSEHOLD DRIVERS**

| | NAME | DRIVER'S LICENSE NUMBER | Date of Birth | | | Male | Married | Date First Licensed | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Mo. | Day | Year | Female | Single | Mo. | Year |
| 1 | VITO VITONE | 8824030 | 10 | 05 | 46 | M | M | 10 | 63 |
| 2 | LINDA VITONE | 8822494 | 08 | 02 | 49 | F | M | 08 | 65 |
| 3 | ANTHONY J. VITONE | 2040059 | 08 | 15 | 84 | M | S | 06 | 01 |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

**CONTINUATION OF DECLARATIONS FOR PERSONAL AUTO POLICY NO.** 961138-23YV

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

COVERAGE IS PROVIDED WHERE A PREMIUM AND A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| COVERAGES | LIMIT OF LIABILITY | PREMIUMS AUTO 1 2000 CHRY | AUTO 2 1994 MERC | AUTO 3 2002 LINC |
|---|---|---|---|---|
| **A. LIABILITY** | $ 500,000 each accident | $ 607.00 | $ 753.00 | $ 671.00 |
| **B. MEDICAL PAYMENTS** | $ 5,000 each person | $ 13.00 | $ 17.00 | $ 15.00 |
| **C. UNINSURED MOTORISTS** | $ * each accident | | | |
| **D. DAMAGE TO YOUR AUTO** | (ACV means Actual Cash Value) | | | |
| **1. Collision Loss** ACV minus deductible of | AUTO 1 $ 500 AUTO 2 $ 500 AUTO 3 $ 500 | $ 403.00 | $ 423.00 | $ 548.00 |
| **2. Other Than Collision Loss** ACV minus deductible of | AUTO 1 $ 500 AUTO 2 $ 500 AUTO 3 $ 500 | $ 61.00 | $ 84.00 | $ 79.00 |
| **TOWING AND LABOR COSTS** | $ 100 each disablement | $ 8.00 | $ 17.00 | $ 8.00 |

*UNINSURED MOTORISTS - BODILY INJURY
POLICY LIMIT $500,000 EACH ACCIDENT

**PARKING ARRANGEMENTS**

AUTO 1 OFF STREET
AUTO 2 IN GARAGE
AUTO 3 IN GARAGE

TOTAL PREMIUM FOR EACH AUTO $ 1,092.00 $ 1,294.00 $ 1,321.00

**CONTINUATION OF DECLARATIONS FOR PERSONAL AUTO POLICY NO.** 961138-23YV

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

COVERAGE IS PROVIDED WHERE A PREMIUM AND A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| COVERAGES | LIMIT OF LIABILITY | PREMIUMS AUTO 4 1999 JEEP | AUTO 5 1998 CHEV | AUTO 6 2005 HYUN |
|---|---|---|---|---|
| **A. LIABILITY** | $ 500,000 each accident | $ 1,895.00 | $ 671.00 | $ 671.00 |
| **B. MEDICAL PAYMENTS** | $ 5,000 each person | $ 43.00 | $ 15.00 | $ 15.00 |
| **C. UNINSURED MOTORISTS** | $ * each accident | | | |
| **D. DAMAGE TO YOUR AUTO** | (ACV means Actual Cash Value) | | | |
| **1. Collision Loss** ACV minus deductible of | AUTO 4 $ 500; AUTO 5 $ 500; AUTO 6 $ 500 | $ 968.00 | $ 500.00 | $ 528.00 |
| **2. Other Than Collision Loss** ACV minus deductible of | AUTO 4 $ 500; AUTO 5 $ 500; AUTO 6 $ 500 | $ 153.00 | $ 88.00 | $ 74.00 |
| **TOWING AND LABOR COSTS** | $ 100 each disablement | $ 8.00 | $ 8.00 | $ 8.00 |

*UNINSURED MOTORISTS - BODILY INJURY
POLICY LIMIT $500,000 EACH ACCIDENT
POLICY PREMIUM $392.00

**PARKING ARRANGEMENTS**

AUTO 4 OFF STREET
AUTO 5 IN GARAGE
AUTO 6 IN GARAGE

TOTAL PREMIUM FOR EACH AUTO $ 3,067.00 $ 1,282.00 $ 1,296.00
UNINSURED MOTORISTS - BODILY INJURY POLICY PREMIUM $ 392.00
TOTAL PREMIUM $ 9,744.00

Lincoln, Rhode Island



**CONTINUATION OF DECLARATIONS FOR PERSONAL AUTO POLICY NO.** 961138-23YV

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

**SPECIAL DISCOUNTS**

PASSIVE RESTRAINT DISCOUNT AUTOS 1,2,3,4,5,6
ANTI-LOCK BRAKING SYSTEM AUTOS 1,2,3,5,6
MULTI-CAR DISCOUNT
ANTI-THEFT DEVICE DISCOUNT AUTOS 1,2,3,5,6

**Forms and Endorsements made part of this policy at time of issue**

| | |
|---|---|
| PP 00 01 01 05 | PERSONAL AUTO POLICY |
| PP 03 03 04 86 | TOWING AND LABOR COSTS COVERAGE |
| AM 00 57 10 05 | LOSS PAYABLE CLAUSE |
| PP 04 90 01 05 | UNINSURED MOTORISTS COVERAGE - RHODE ISLAND |
| PP 01 89 02 05 | AMENDMENT OF POLICY PROVISIONS - RHODE ISLAND |
| AM 00 28 12 01 | AMENDMENT OF PERSONAL AUTO POLICY PROVISIONS |
| PP 03 09 01 05 | SINGLE LIABILITY LIMIT |
| PP 04 38 06 98 | SINGLE UNINSURED MOTORISTS LIMIT - RHODE ISLAND |
| PP 13 01 12 99 | COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT |
| RI 00 06 02 01 | RHODE ISLAND MUTUAL PROVISIONS - NON-DIVIDEND POLICY |

**This policy shall not be valid unless countersigned by our authorized agent or representative.**

**Countersigned by** J. Michael McGilligan

**Authorized Representative**

# PERSONAL AUTO POLICY

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

1. The end of 90 days following the spouse's change of residency;
2. The effective date of another policy listing the spouse as a named insured; or
3. The end of the policy period.

**B.** "We", "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are bold faced when used.

**D.** **"Bodily injury"** means bodily harm, sickness or disease, including death that results.

**E.** **"Business"** includes trade, profession or occupation.

**F.** **"Family member"** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

**G.** **"Occupying"** means:

1. In;
2. Upon; or
3. Getting in, on, out or off.

**H.** **"Property damage"** means physical injury to, destruction of or loss of use of tangible property.

**I.** **"Trailer"** means a vehicle designed to be pulled by a:

1. Private passenger auto; or
2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in **1.** or **2.** above.

**J.** **"Your covered auto"** means:

1. Any vehicle shown in the Declarations.
2. A **newly acquired auto.**
3. Any **trailer** you own.
4. Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. Loss; or
   e. Destruction.

   This Provision (**J.4.**) does not apply to Coverage For Damage To Your Auto.

**K.** **Newly acquired auto**:

1. **"Newly acquired auto"** means any of the following types of vehicles you become the owner of during the policy period:
   a. A private passenger auto; or


Copyright, ISO Properties, Inc., 2003

**b.** A pickup or van, for which no other insurance policy provides coverage, that:

**(1)** Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

**(2)** Is not used for the delivery or transportation of goods and materials unless such use is:

**(a)** Incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or

**(b)** For farming or ranching.

**2.** Coverage for a **newly acquired auto** is provided as described below. If you ask us to insure a **newly acquired auto** after a specified time period described below has elapsed, any coverage we provide for a **newly acquired auto** will begin at the time you request the coverage.

**a.** For any coverage provided in this policy except Coverage For Damage To Your Auto, a **newly acquired auto** will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a **newly acquired auto** which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a **newly acquired auto** replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

**b.** Collision Coverage for a **newly acquired auto** begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

**(1)** 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the **newly acquired auto** will have the broadest coverage we now provide for any auto shown in the Declarations.

**(2)** Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the **newly acquired auto**, a Collision deductible of $500 will apply.

**c.** Other Than Collision Coverage for a **newly acquired auto** begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

**(1)** 14 days after you become the owner if the Declarations indicate that Other Than Collision Coverage applies to at least one auto. In this case, the **newly acquired auto** will have the broadest coverage we now provide for any auto shown in the Declarations.

**(2)** Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the **newly acquired auto**, an Other Than Collision deductible of $500 will apply.

# PART A - LIABILITY COVERAGE

## INSURING AGREEMENT

**A.** We will pay damages for **bodily injury** or **property damage** for which any **insured** becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the **insured.** We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**B.** "**Insured**" as used in this Part means:

1. You or any **family member** for the ownership, maintenance or use of any auto or **trailer.**
2. Any person using **your covered auto.**
3. For **your covered auto**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

 Copyright, ISO Properties, Inc., 2003 

4. For any auto or **trailer**, other than **your covered auto**, any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part. This Provision (**B.4.**) applies only if the person or organization does not own or hire the auto or **trailer.**

**SUPPLEMENTARY PAYMENTS**

We will pay on behalf of an **insured**:

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

4. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

These payments will not reduce the limit of liability.

**EXCLUSIONS**

**A.** We do not provide Liability Coverage for any **insured**:

1. Who intentionally causes **bodily injury** or **property damage.**

2. For **property damage** to property owned or being transported by that **insured.**

3. For **property damage** to property:

   **a.** Rented to;

   **b.** Used by; or

   **c.** In the care of;

   that **insured.**

   This Exclusion (**A.3.**) does not apply to **property damage** to a residence or private garage.

4. For **bodily injury** to an employee of that **insured** during the course of employment. This Exclusion (**A.4.**) does not apply to **bodily injury** to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that **insured's** liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (**A.5.**) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the **business** of:

   **a.** Selling;

   **b.** Repairing;

   **c.** Servicing;

   **d.** Storing; or

   **e.** Parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (**A.6.**) does not apply to the ownership, maintenance or use of **your covered auto** by:

   **a.** You;

   **b.** Any **family member**; or

   **c.** Any partner, agent or employee of you or any **family member.**

7. Maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in Exclusion **A.6.**

   This Exclusion (**A.7.**) does not apply to the maintenance or use of a:

   **a.** Private passenger auto;

   **b.** Pickup or van; or

   **c.** **Trailer** used with a vehicle described in **a.** or **b.** above.

8. Using a vehicle without a reasonable belief that that **insured** is entitled to do so. This Exclusion (**A.8.**) does not apply to a **family member** using **your covered auto** which is owned by you.

9. For **bodily injury** or **property damage** for which that **insured**:

   **a.** Is an insured under a nuclear energy liability policy; or

   **b.** Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.


Copyright, ISO Properties, Inc., 2003

A nuclear energy liability policy is a policy issued by any of the following or their successors:

a. Nuclear Energy Liability Insurance Association;

b. Mutual Atomic Energy Liability Underwriters; or

c. Nuclear Insurance Association of Canada.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

a. Has fewer than four wheels; or

b. Is designed mainly for use off public roads.

This Exclusion (**B.1.**) does not apply:

a. While such vehicle is being used by an **insured** in a medical emergency;

b. To any **trailer**; or

c. To any non-owned golf cart.

2. Any vehicle, other than **your covered auto**, which is:

a. Owned by you; or

b. Furnished or available for your regular use.

3. Any vehicle, other than **your covered auto**, which is:

a. Owned by any **family member**; or

b. Furnished or available for the regular use of any **family member.**

However, this Exclusion (**B.3.**) does not apply to you while you are maintaining or **occupying** any vehicle which is:

a. Owned by a **family member**; or

b. Furnished or available for the regular use of a **family member.**

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

a. Competing in; or

b. Practicing or preparing for;

any prearranged or organized racing or speed contest.

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **bodily injury** sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. **Insureds**;

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **B** or Part **C** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

 Copyright, ISO Properties, Inc., 2003 

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any other collectible insurance.

# PART B - MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of **bodily injury**:

1. Caused by accident; and
2. Sustained by an **insured**.

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

**B.** **"Insured"** as used in this Part means:

1. You or any **family member**:
   a. While **occupying**; or
   b. As a pedestrian when struck by;

   a motor vehicle designed for use mainly on public roads or a **trailer** of any type.
2. Any other person while **occupying your covered auto.**

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any **insured** for **bodily injury**:

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.
2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This Exclusion (**2.**) does not apply to a share-the-expense car pool.
3. Sustained while **occupying** any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the **bodily injury.**
5. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:
   a. Owned by any **family member**; or
   b. Furnished or available for the regular use of any **family member.**

   However, this Exclusion (**6.**) does not apply to you.
7. Sustained while **occupying** a vehicle without a reasonable belief that that **insured** is entitled to do so. This Exclusion (**7.**) does not apply to a **family member** using **your covered auto** which is owned by you.
8. Sustained while **occupying** a vehicle when it is being used in the **business** of an **insured.** This Exclusion (**8.**) does not apply to **bodily injury** sustained while **occupying** a:
   a. Private passenger auto;
   b. Pickup or van; or
   c. **Trailer** used with a vehicle described in **a.** or **b.** above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. Nuclear reaction;
    b. Radiation; or
    c. Radioactive contamination.

 Copyright, ISO Properties, Inc., 2003 

11. Sustained while **occupying** any vehicle located inside a facility designed for racing, for the purpose of:
    a. Competing in; or
    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
    1. **Insureds**;
    2. Claims made;
    3. Vehicles or premiums shown in the Declarations; or
    4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:
    1. Part **A** or Part **C** of this policy; or
    2. Any Underinsured Motorists Coverage provided by this policy.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C - UNINSURED MOTORISTS COVERAGE

**INSURING AGREEMENT**

A. We will pay compensatory damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:
    1. Sustained by an **insured**; and
    2. Caused by an accident.

    The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

    Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. **"Insured"** as used in this Part means:
    1. You or any **family member.**
    2. Any other person **occupying your covered auto.**
    3. Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in **1.** or **2.** above.

C. **"Uninsured motor vehicle"** means a land motor vehicle or **trailer** of any type:
    1. To which no bodily injury liability bond or policy applies at the time of the accident.
    2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **your covered auto** is principally garaged.
    3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:
        a. You or any **family member**;
        b. A vehicle which you or any **family member** are **occupying**; or
        c. **Your covered auto.**
    4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
        a. Denies coverage; or
        b. Is or becomes insolvent.

    However, **"uninsured motor vehicle"** does not include any vehicle or equipment:
    1. Owned by or furnished or available for the regular use of you or any **family member.**


Copyright, ISO Properties, Inc., 2003

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not on public roads.
6. While located for use as a residence or premises.

**EXCLUSIONS**

**A.** We do not provide Uninsured Motorists Coverage for **bodily injury** sustained:

1. By an **insured** while **occupying**, or when struck by, any motor vehicle owned by that **insured** which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.
2. By any **family member** while **occupying**, or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

**B.** We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured**:

1. If that **insured** or the legal representative settles the **bodily injury** claim and such settlement prejudices our right to recover payment.
2. While **occupying your covered auto** when it is being used as a public or livery conveyance. This Exclusion (**B.2.**) does not apply to a share-the-expense car pool.
3. Using a vehicle without a reasonable belief that that **insured** is entitled to do so. This Exclusion (**B.3.**) does not apply to a **family member** using **your covered auto** which is owned by you.

**C.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**D.** We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **bodily injury** sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one accident.

This is the most we will pay regardless of the number of:

1. **Insureds**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A** or Part **B** of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

**C.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**D.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**OTHER INSURANCE**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any collectible insurance providing such coverage on a primary basis.
3. If the coverage under this policy is provided:


Copyright, ISO Properties, Inc., 2003

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**ARBITRATION**

**A.** If we and an **insured** do not agree:

1. Whether that **insured** is legally entitled to recover damages; or
2. As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle**, then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by at least two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and
2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **your covered auto** is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

# PART D - COVERAGE FOR DAMAGE TO YOUR AUTO

**INSURING AGREEMENT**

**A.** We will pay for direct and accidental loss to **your covered auto** or any **non-owned auto**, including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one **your covered auto** or **non-owned auto** results from the same **collision**, only the highest applicable deductible will apply. We will pay for loss to **your covered auto** caused by:

1. Other than **collision** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
2. **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a **non-owned auto**, we will provide the broadest coverage applicable to any **your covered auto** shown in the Declarations.

**B.** **"Collision"** means the upset of **your covered auto** or a **non-owned auto** or their impact with another vehicle or object.

Loss caused by the following is considered other than **collision**:

1. Missiles or falling objects;
2. Fire;
3. Theft or larceny;
4. Explosion or earthquake;
5. Windstorm;
6. Hail, water or flood;
7. Malicious mischief or vandalism;
8. Riot or civil commotion;
9. Contact with bird or animal; or
10. Breakage of glass.

If breakage of glass is caused by a **collision**, you may elect to have it considered a loss caused by **collision**.

 Copyright, ISO Properties, Inc., 2003 

**C.** "**Non-owned auto**" means:

1. Any private passenger auto, pickup, van or **trailer** not owned by or furnished or available for the regular use of you or any **family member** while in the custody of or being operated by you or any **family member**; or
2. Any auto or **trailer** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. Loss; or
   e. Destruction.

**TRANSPORTATION EXPENSES**

**A.** In addition, we will pay, without application of a deductible, up to a maximum of $600 for:

1. Temporary transportation expenses not exceeding $20 per day incurred by you in the event of a loss to **your covered auto**. We will pay for such expenses if the loss is caused by:
   a. Other than **collision** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   b. **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.
2. Expenses for which you become legally responsible in the event of loss to a **non-owned auto**. We will pay for such expenses if the loss is caused by:
   a. Other than **collision** only if the Declarations indicate that Other Than Collision Coverage is provided for any **your covered auto**.
   b. **Collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto**.

   However, the most we will pay for any expenses for loss of use is $20 per day.

**B.** Subject to the provisions of Paragraph **A.**, if the loss is caused by:

1. A total theft of **your covered auto** or a **non-owned auto**, we will pay only expenses incurred during the period:
   a. Beginning 48 hours after the theft; and
   b. Ending when **your covered auto** or the **non-owned auto** is returned to use or we pay for its loss.
2. Other than theft of a **your covered auto** or a **non-owned auto**, we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

Our payment will be limited to that period of time reasonably required to repair or replace the **your covered auto** or the **non-owned auto.**

**EXCLUSIONS**

We will not pay for:

1. Loss to **your covered auto** or any **non-owned auto** which occurs while it is being used as a public or livery conveyance. This Exclusion (**1.**) does not apply to a share-the-expense car pool.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.

   This Exclusion (**2.**) does not apply if the damage results from the total theft of **your covered auto** or any **non-owned auto.**
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to any electronic equipment that reproduces, receives or transmits audio, visual or data signals. This includes but is not limited to:
   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;


Copyright, ISO Properties, Inc., 2003

f. Personal computers.

g. Video entertainment systems;

h. Telephones;

i. Televisions;

j. Two-way mobile radios;

k. Scanners; or

l. Citizens band radios.

This Exclusion (**4.**) does not apply to electronic equipment that is permanently installed in **your covered auto** or any **non-owned auto.**

5. Loss to tapes, records, disks or other media used with equipment described in Exclusion **4.**

6. A total loss to **your covered auto** or any **non-owned auto** due to destruction or confiscation by governmental or civil authorities.

   This Exclusion (**6.**) does not apply to the interests of Loss Payees in **your covered auto.**

7. Loss to:

   **a.** A **trailer**, camper body, or motor home, which is not shown in the Declarations; or

   **b.** Facilities or equipment used with such **trailer**, camper body or motor home. Facilities or equipment include but are not limited to:

   **(1)** Cooking, dining, plumbing or refrigeration facilities;

   **(2)** Awnings or cabanas; or

   **(3)** Any other facilities or equipment used with a **trailer**, camper body, or motor home.

   This Exclusion (**7.**) does not apply to a:

   **a. Trailer**, and its facilities or equipment, which you do not own; or

   **b. Trailer**, camper body, or the facilities or equipment in or attached to the **trailer** or camper body, which you:

   **(1)** Acquire during the policy period; and

   **(2)** Ask us to insure within 14 days after you become the owner.

8. Loss to any **non-owned auto** when used by you or any **family member** without a reasonable belief that you or that **family member** are entitled to do so.

9. Loss to equipment designed or used for the detection or location of radar or laser.

10. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

    **a.** Special carpeting or insulation;

    **b.** Furniture or bars;

    **c.** Height-extending roofs; or

    **d.** Custom murals, paintings or other decals or graphics.

    This Exclusion (**10.**) does not apply to a cap, cover or bedliner in or upon any **your covered auto** which is a pickup.

11. Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in the **business** of:

    **a.** Selling;

    **b.** Repairing;

    **c.** Servicing;

    **d.** Storing; or

    **e.** Parking;

    vehicles designed for use on public highways. This includes road testing and delivery.

12. Loss to **your covered auto** or any **non-owned auto**, located inside a facility designed for racing, for the purpose of:

    **a.** Competing in; or

    **b.** Practicing or preparing for;

    any prearranged or organized racing or speed contest.

13. Loss to, or loss of use of, a **non-owned auto** rented by:

    **a.** You; or

    **b.** Any **family member**;

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **family member**, pursuant to the provisions of any applicable rental agreement or state law.

**LIMIT OF LIABILITY**

**A.** Our limit of liability for loss will be the lesser of the:


Copyright, ISO Properties, Inc., 2003

1. Actual cash value of the stolen or damaged property; or

2. Amount necessary to repair or replace the property with other property of like kind and quality.

However, the most we will pay for loss to:

1. Any **non-owned auto** which is a trailer is $1,500.

2. Electronic equipment that reproduces, receives or transmits audio, visual or data signals, which is permanently installed in the auto in locations not used by the auto manufacturer for installation of such equipment, is $1,000.

**B.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

**C.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or

2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

**NO BENEFIT TO BAILEE**

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a **non-owned auto** shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the **non-owned auto**;

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

**APPRAISAL**

**A.** If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the expenses of the appraisal and umpire equally.

**B.** We do not waive any of our rights under this policy by agreeing to an appraisal.

# PART E - DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

   a. To physical exams by physicians we select. We will pay for these exams.

   b. To examination under oath and subscribe the same.

4. Authorize us to obtain:


Copyright, ISO Properties, Inc., 2003

a. Medical reports; and

b. Other pertinent records.

5. Submit a proof of loss when required by us.

C. A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect **your covered auto** or any **non-owned auto** and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if **your covered auto** or any **non-owned auto** is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F - GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the **insured** shall not relieve us of any obligations under this policy.

### CHANGES

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;

2. Operators using insured vehicles;

3. The place of principal garaging of insured vehicles;

4. Coverage, deductible or limits.

If a change resulting from **A.** or **B.** requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph (**C.**) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or

2. An Amendatory Endorsement.

### FRAUD

We do not provide coverage for any **insured** who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part **A**, no legal action may be brought against us until:

1. We agree in writing that the **insured** has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of an **insured.**

### OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (**A.**) do not apply under Part **D**, against any person using **your covered auto** with a reasonable belief that that person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:


Copyright, ISO Properties, Inc., 2003

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

**POLICY PERIOD AND TERRITORY**

**A.** This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

**B.** The policy territory is:

1. The United States of America, its territories or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

**TERMINATION**

**A. Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. Returning this policy to us; or

   b. Giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

   a. At least 10 days notice:

      **(1)** If cancellation is for nonpayment of premium; or

      **(2)** If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

   b. At least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

   a. For nonpayment of premium; or

   b. If your driver's license or that of:

      **(1)** Any driver who lives with you; or

      **(2)** Any driver who customarily uses **your covered auto**;

   has been suspended or revoked. This must have occurred:

      **(1)** During the policy period; or

      **(2)** Since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on **your covered auto**, any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.


Copyright, ISO Properties, Inc., 2003

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto.**

**B.** Coverage will only be provided until the end of the policy period.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

**MUTUAL PROVISIONS**

This policy is non-assessable. This means your only financial obligation is the premium for your insurance. You shall be entitled to such dividends as may be declared by the board of directors.

By virtue of this policy you are a member of the Amica Mutual Insurance Company and entitled to vote either in person or by proxy at all meetings of the Company. The annual meetings are held at its home office on the second Thursday of February in each year at 9:00 A.M.

---

**This policy is signed on behalf of Amica Mutual Insurance Company by our President and Secretary at Lincoln, Rhode Island, and countersigned on the Declarations by our authorized agent or representative.**

*Secretary*

*President*


Copyright, ISO Properties, Inc., 2003

# RHODE ISLAND
# MUTUAL PROVISIONS - NON-DIVIDEND POLICY



In consideration of a reduced premium for this policy, **MUTUAL PROVISIONS** is replaced by the following:

**MUTUAL PROVISIONS**

This policy is non-assessable. This means your only financial obligation is the premium for your insurance. All policies insuring risks in Rhode Island in the same classification are offered an equal rate of dividend. In exchange for an initial reduced premium, you have waived the dividend.

By virtue of this policy you are a member of the Amica Mutual Insurance Company and entitled to vote either in person or by proxy at all meetings of the Company. The annual meetings are held at its corporate office on the second Thursday of February in each year at 9:00 A.M.

**Amica Mutual Insurance Company**

# UNINSURED MOTORISTS COVERAGE - RHODE ISLAND



**I. Part C - Uninsured Motorists Coverage**

Part **C** is replaced by the following:

**INSURING AGREEMENT**

**A.** We will pay compensatory damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:

**1.** Sustained by an **insured**; and

**2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B. "Insured"** as used in this Part means:

**1.** You or any **family member.**

**2.** Any other person **occupying your covered auto.**

**3.** Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C. "Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:

**1.** To which no bodily injury liability bond or policy applies at the time of the accident.

**2.** To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

**3.** Which is a vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in **bodily injury** without hitting:

**a.** You or any **family member**;

**b.** A vehicle which you or any **family member** are **occupying**; or

**c. Your covered auto.**

If there is no physical contact with the vehicle causing the accident the **insured** must prove by a fair preponderance of evidence that their injuries resulted from the negligence of an unidentified motorist.

**4.** To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

**a.** Denies coverage; or

**b.** Is or becomes insolvent.

However, **"uninsured motor vehicle"** does not include any vehicle or equipment:

**1.** Owned by or furnished or available for the regular use of you or any **family member** unless it is a **your covered auto** to which Part **A** of the policy applies and liability coverage is excluded for damages sustained in the accident.

**2.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

**3.** Operated on rails or crawler treads.

**4.** While located for use as a residence or premises.

**EXCLUSIONS**

**A.** We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured**:

**1.** While **occupying**, or when struck by, any motor vehicle owned by that **insured** which is not insured for this coverage.

**2.** If that **insured** or the legal representative settles the **bodily injury** claim and such settlement prejudices our right to recover payment. However, this Exclusion **(A.2.)** does not apply to Section **2.** of the definition of **uninsured motor vehicle.**

**3.** While **occupying your covered auto** when it is being used as a public or livery conveyance. This Exclusion **(A.3.)** does not apply to a share-the-expense car pool.

**4.** Using a vehicle without a reasonable belief that that **insured** is entitled to do so. This Exclusion **(A.4.)** does not apply to a **family member** using **your covered auto** which is owned by you.

 Copyright, ISO Properties Inc., 2004 

**B.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**C.** We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **bodily injury** sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one accident.

This is the most we will pay regardless of the number of:

1. **Insureds**;
2. Claims made; or
3. Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A** or Part **B** of this policy.

**C.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**D.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**E.** With respect to coverage under Section **2.** of the definition of **uninsured motor vehicle**, we will reduce the **insured's** total damages by any amount available to that **insured**, under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicle**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **uninsured motor vehicle.** However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

This Paragraph (**E.**) shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **uninsured motor vehicle.**

**OTHER INSURANCE**

If there is other applicable insurance similar to the insurance provided under this Part of the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any other collectible insurance.

**ARBITRATION**

**A.** If we and an **insured** do not agree:

1. Whether that **insured** is legally entitled to recover damages; or
2. As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle** then the matter may be arbitrated.

Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by at least two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and
2. The amount of damages.


Copyright, ISO Properties Inc., 2004

**ADDITIONAL DUTY**

A person seeking coverage under Section **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **uninsured motor vehicle.**

**II. Part F - General Provisions**

Part **F** is amended as follows:

**A.** The following is added to the **Our Right To Recover Payment** Provision:

**OUR RIGHT TO RECOVER PAYMENT**

1. Our rights do not apply under Paragraph **A.** with respect to Section **2.** of the definition of **uninsured motor vehicle** if we:

   **a.** Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **uninsured motor vehicle**; and

   **b.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

   **a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

   **b.** We also have a right to recover the advanced payment.

2. Paragraph **B.** of the **Our Right To Recover Payment** Provision does not apply to Uninsured Motorists Coverage.

**B.** The following is added to the **Two Or More Auto Policies** Provision:

**TWO OR MORE AUTO POLICIES**

1. This provision does not apply to Uninsured Motorists Coverage.
2. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

**Amica Mutual Insurance Company**


Copyright, ISO Properties Inc., 2004

We will pay towing and labor costs incurred each time **your covered auto** or any **non-owned auto** is disabled, up to the amount shown in the Declarations as applicable to that vehicle. If a **non-owned auto** is disabled, we will provide the broadest towing and labor costs coverage applicable to any **your covered auto** shown in the Declarations. We will only pay for labor performed at the place of disablement.


Copyright, Insurance Services Office, Inc., 1985

# LOSS PAYABLE CLAUSE



Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. The interests of the loss payee or lessor will be protected, except when:

1. you or any person acting at your direction engages in the conversion, secretion or embezzlement of **your covered auto**;
2. you or any insured fails to cooperate in the settlement of the claim, or makes fraudulent statement(s) or engages in fraudulent conduct or misrepresentation in connection with any loss for which coverage is sought;
3. you or any person acting at your direction intentionally damage, destroy or conceal **your covered auto.**

We reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's or lessor's interest. We will give the same advance notice of cancellation to the loss payee or lessor as we give to the named insured shown in the Declarations.

When we pay the loss payee or lessor we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

The loss payee or lessor has no greater rights under the provisions of the policy than the insured.



Includes copyrighted material of Insurance
Services Office, Inc. With Its Permission
Copyright, Insurance Services Office, Inc., 1986

# AMENDMENT OF POLICY PROVISIONS - RHODE ISLAND



## I. Definitions

The following is added to the **Definitions** Section:

Throughout the policy, "minimum limits" refers to the following limits of liability, as required by Rhode Island law, to be provided under a policy of automobile liability insurance:

1. If liability coverage under this policy is provided on a single limit basis, $75,000 for each accident; or
2. If liability coverage under this policy is provided on a split limit basis:
   a. $25,000 for each person, subject to $50,000 for each accident with respect to **bodily injury**; and
   b. $25,000 for each accident with respect to **property damage.**

## II. Part A - Liability Coverage

Part **A** is amended as follows:

**A.** Paragraph **A.** of the **Insuring Agreement** Provision is replaced by the following:

**INSURING AGREEMENT**

We will pay damages for **bodily injury** or **property damage** for which any **insured** becomes legally responsible because of an auto accident. We will be directly liable for those sums the **insured** becomes legally obligated to pay as damages to an injured party to which this insurance applies. In the event of that injured party's death, we will be directly liable for those sums the **insured** becomes legally responsible to pay as damages to the party entitled to sue as a result of the injured party's death, and to which this insurance applies. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**B.** Paragraph **6.** is added to the **Supplementary Payments** Provision:

We will pay on behalf of an **insured**:

6. Prejudgment interest awarded against the **insured** on the entire judgment if we reject a written settlement offer by the plaintiff that is equal to or less than the applicable limit of liability. Where this does not apply, we will pay prejudgment interest awarded against the **insured** on that part of the judgment we pay.

**C.** Exclusion **A.3.** is replaced by the following:

We do not provide Liability Coverage for any **insured**:

3. For **property damage** to property:
   a. Rented or leased to;
   b. Used by; or
   c. In the care of;

   that **insured.**

   This Exclusion (**A.3.**) does not apply to **property damage** to:

   a. A residence or private garage;
   b. Any of the following type vehicles, with a Gross Vehicle Weight Rating of less than 10,000 lbs., not owned by or furnished or available for the regular use of you or any **family member** if liability for such damage is assumed under a written contract which does not exceed 60 days:
      **(1)** Private passenger autos;
      **(2)** Trailers;
      **(3)** Pickups or vans;
   c. Any motor vehicle loaned to the **insured** by an auto manufacturer or dealer in accordance with Section 31-3-20(b) of the Rhode Island Statutes if liability for such damage is assumed under a written contract.

**D.** The following exclusion is added:

We do not provide Liability Coverage for any **insured** for **bodily injury** to you or any **family member** to the extent that the limits of liability


Copyright, ISO Properties, Inc., 2004

for this coverage exceed the minimum limits of liability required by the Rhode Island Motor Vehicle Reparations Act.

**E.** The **Other Insurance** Provision is replaced by the following:

**OTHER INSURANCE**

1. If there is other applicable insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.
2. Except as provided in **3.** below, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any other collectible insurance, including physical damage insurance provided under this or any other policy.
3. With respect to a vehicle you do not own which is leased by you or any **family member** under a written lease or rental agreement:
   - **a.** We will provide primary insurance for such rented vehicle if the face of the rental agreement states, in at least ten point type, that the valid and collectible liability insurance of any authorized operator is primary.
   - **b.** If there is no statement on the face of the rental agreement as described in **3.a.** above, then any insurance we provide for such rented vehicle will be excess.

**F.** The following provision is added:

**ARBITRATION**

1. Any person, hereinafter referred to as the plaintiff, suffering a loss, allegedly resulting out of the ownership, maintenance, or use of a motor vehicle by an **insured**, and allegedly resulting from liability imposed by law for **property damage** or **bodily injury** may at his or her election, whenever the claim is for twenty-five thousand dollars ($25,000) or less, submit the matter to arbitration pursuant to chapter 3 of title 10 of the General Laws of Rhode Island.

2. **Selection Of Arbitrator**

   After submission to arbitration by the plaintiff, one arbitrator shall be selected from the list of qualified arbitrators of the court annexed arbitration program of the Superior Court of Rhode Island. Each party shall share the expenses of arbitration in accordance with the rules of the court annexed arbitration program.

3. **Hearings**

   The arbitrator shall call a hearing and provide 7 days' notice of the time and place of the hearing to the parties. The hearing shall be informal, and the rules of evidence prevailing in judicial proceedings shall be binding. Any and all documentary evidence and other data deemed relevant by the arbitrator may be received in evidence. The arbitrator shall have the power to administer oaths and to require by subpoena the attendance and testimony of witnesses, and the production of books, records, and other evidence, relative or pertinent to the issues presented to them for determination. The decision of the arbitrator shall be binding upon the parties unless:

   - **a.** In the event that suit has not been instituted, either party may reserve his/her right to a jury trial by giving notice of this reservation of right to the other party or parties and to the arbitrator within 60 days of the arbitrator's award by certified mail return receipt requested; or
   - **b.** In the event that suit has been instituted, either party files a request for a jury trial with the court and with notice to the other party or parties within 60 days of the arbitrator's award. If said case proceeds to trial subsequent to arbitration, the decision of the arbitrator shall not be admissible.

4. **Statute Of Limitations**

   Notwithstanding the foregoing, a suit shall be instituted in order to bring said action within any applicable statute of limitations, but said suit will otherwise be stayed until an arbitrator's award has been made or the case reached for trial.


Copyright, ISO Properties, Inc., 2004

**III. Part D - Coverage For Damage To Your Auto**

The following provision is added to Part **D**:

**MANDATORY INSPECTION**

1. We have the right to inspect any:
   a. Private passenger auto; or
   b. Pickup or van;

   which you insure or intend to insure for Coverage For Damage To Your Auto under this policy.

   This right applies only to the extent authorized by Rhode Island law or regulation.
2. We do not provide Coverage For Damage To Your Auto for any additional or replacement vehicle you acquire until after you:
   a. Notify us; and
   b. Request coverage for that vehicle.
3. When we require an inspection you must:
   a. Cooperate; and
   b. Make the vehicle available for inspection.

**IV. Part E - Duties After An Accident Or Loss**

The following is added to Paragraph **B.** of Part **E**:

6. In the event of fire damage to **your covered auto**, file a statement in conformity with R.I. GEN. LAWS Section 27-8.1-2.1 with the appropriate fire department.

**V. Part F - General Provisions**

Part **F** is amended as follows:

**A.** The following section is added to the **Our Right To Recover Payment** Provision:

**OUR RIGHT TO RECOVER PAYMENT**

We shall be entitled to a recovery under Paragraphs **A.** or **B.** only after the person has been compensated for the applicable deductible less a pro rata share of costs and expenses incurred in obtaining the recovery.

**B.** The **Termination** Provision is replaced by the following:

**TERMINATION**

**Cancellation**

This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. Returning this policy to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 10 days notice if cancellation is for nonpayment of premium; or
   b. At least 30 days notice in all other cases.
3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:
   a. For nonpayment of premium;
   b. If your driver's license or that of any driver who customarily uses **your covered auto** has been suspended or revoked. This must have occurred:
      **(1)** During the policy period; or
      **(2)** Since the last anniversary of the original effective date if the policy period is other than 1 year; or
   c. If the policy was obtained through fraudulent misrepresentation.

**Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 30 days before the end of the policy period. Subject to this notice requirement, if the policy period is other than 1 year, we will have the right not to renew or continue it only at each anniversary of its original effective date.

We may not refuse to renew or continue this policy because of a loss occurrence only, unless an **insured** has been involved in either of the following within the annual policy period:


Copyright, ISO Properties, Inc., 2004

a. A chargeable loss occurrence of at least $1,000; or

b. 3 or more non-chargeable loss occurrences.

**Automatic Termination**

If you obtain other insurance on **your covered auto**, any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**Other Termination Provisions**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

**Amica Mutual Insurance Company**


Copyright, ISO Properties, Inc., 2004

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**PART A - LIABILITY COVERAGE**

**SUPPLEMENTARY PAYMENTS**

Paragraphs **1.** and **4.** are replaced by the following:

In addition to our limit of liability, we will pay on behalf of an **insured**:

**1.** Up to $1,000 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy.

**4.** Loss of earnings, but not other income, because of attendance at hearings or trials at our request.

**EXCLUSIONS**

The following exclusion is added to **PART A - LIABILITY COVERAGE**

We do not provide coverage for:

fines, penalties, double or treble damages; punitive, exemplary or vindictive damages; or any other type of added damages intended to punish or deter wrongful conduct rather than as compensation for actual damages.

**PART C - UNINSURED MOTORISTS COVERAGE**

With respect to any form of Uninsured Motorists Coverage, Underinsured Motorists Coverage, Uninsured/Underinsured Motorists Coverage and/or Property Damage Uninsured Motorists Coverage afforded under this policy, the following exclusion replaces any exclusion that pertains to punitive or exemplary damages, wherever found in the policy or its endorsements:

We do not provide coverage for:

fines, penalties, double or treble damages; punitive, exemplary or vindictive damages; or any other type of added damages intended to punish or deter wrongful conduct rather than as compensation for actual damages.

**PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**

The following is added to the **INSURING AGREEMENT**:

We will pay under Other Than Collision Coverage for the cost of repairing the damaged windshield on **your covered auto** without a deductible. We will pay only if the damage is repairable without completely replacing the windshield and if the Declarations indicates that Other Than Collision Coverage applies.

We will pay under Other Than Collision Coverage for the cost of repairing or replacing a deployed airbag on **your covered auto** without a deductible. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

We will pay for lock replacement on **your covered auto** without a deductible if your keys are lost or stolen. We will pay only if the Declarations indicates that Other Than Collision Coverage applies.

The following replaces Paragraph **B.** under the **LIMIT OF LIABILITY**:

**B.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss. However, if **your covered auto**:

**1.** Is a new vehicle, not previously titled under the motor vehicle laws of any state; and

2. A total loss occurs within 180 days of your original purchase;

we will not adjust the total loss for depreciation or normal wear and tear in determining actual cash value.

# SINGLE LIABILITY LIMIT



## SCHEDULE

| | |
|---|---|
| **Liability Coverage** | $__________ each accident |

Paragraph **A.** of the **Limit Of Liability** Provision in Part **A** is replaced by the following:

**LIMIT OF LIABILITY**

The limit of liability shown in the Schedule or in the Declarations for Liability Coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. **Insureds**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

We will apply the limit of liability to provide any separate minimum limits required by law for bodily injury and property damage liability. However, this Provision will not change our total limit of liability.


Copyright, ISO Properties, Inc., 2003

# SINGLE UNINSURED MOTORISTS LIMIT - RHODE ISLAND



## SCHEDULE

| Uninsured Motorists Coverage | Limit Of Liability | Premium Per Policy |
|---|---|---|
| Bodily Injury Liability | $______ each accident | $________ |

Paragraph **A.** of the **Limit Of Liability** Provision for Uninsured Motorists Coverage is replaced by the following:

**LIMIT OF LIABILITY**

The limit of liability shown in the Schedule or in the Declarations for Uninsured Motorists Coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of:

1. **Insureds**;
2. Claims made; or
3. Vehicles involved in the accident.

**Amica Mutual Insurance Company**


Copyright, Insurance Services Office, Inc., 1997

# COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT

**PP 13 01 12 99**

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**I. Definitions**

The following definition is added:

**"Diminution in value"** means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

**II. Part D - Coverage For Damage To Your Auto**

The following exclusion is added:

We will not pay for:

Loss to **your covered auto** or any **non-owned auto** due to **diminution in value.**


Copyright, Insurance Services Office, Inc., 1999

Amica Mutual Insurance Company

# INFORMATION DIGEST FOR OUR RHODE ISLAND POLICYHOLDERS

## BRIEF DESCRIPTION OF COVERAGES

The following descriptions of auto insurance coverages are intended to provide a brief explanation only. Exclusions, conditions, limitations and extent of benefits are not explained. You must see the policy for full details of each coverage.

We will gladly send you additional information or a quotation of rates upon request.

### LIABILITY

Liability coverage pays for damages to others when you are legally responsible as a result of an accident involving your auto. It pays for loss resulting from bodily injury or property damage up to the limit you select.

In Rhode Island you may choose either a Combined Single Liability Limit or Split Liability Limits.

We recommend that you purchase the Combined Single Limit option. It typically affords greater flexibility in the claim settlement process because it does not invoke multiple coverage limitations on a per-person, per-accident, and property damage basis. Rather, the entire limit is available to be apportioned based on actual damages.

If you choose a Combined Single Limit, this coverage is required at a minimum limit of $75,000 in Rhode Island.

We recommend a higher limit for better financial protection. A limit of at least $300,000 is suggested to meet today's high medical and hospital costs, court judgments and constantly rising auto and property repair costs.

Increased Liability limits available:

| | | |
|---|---|---|
| $ 100,000 | $ 250,000 | $ 500,000 |
| 150,000 | 300,000 | 1,000,000 |
| 200,000 | 400,000 | 2,000,000 |

If you choose Split Limits, this coverage is required at minimum limits of $25,000 Each Person/$50,000 Each Accident Bodily Injury and $25,000 Property Damage.

At least $250,000/$500,000 Bodily Injury and $100,000 Property Damage limits are suggested to meet today's high medical and hospital costs, court judgments and constantly rising auto and property repair costs.

Increased Liability limits available:

| Bodily Injury Each Person/Each Accident | Property Damage Each Accident |
|---|---|
| $ 50,000/$ 100,000 | $ 25,000 |
| 100,000/ 300,000 | 50,000 |
| 250,000/ 500,000 | 75,000 |
| 500,000/ 500,000 | 100,000 |
| 500,000/ 1,000,000 | 150,000 |
| 1,000,000/ 1,000,000 | 200,000 |
| | 250,000 |
| | 300,000 |
| | 400,000 |
| | 500,000 |
| | 750,000 |
| | 1,000,000 |
| | 2,000,000 |

### MEDICAL PAYMENTS

Medical Payments coverage pays medical expenses for services rendered within 3 years from the date of the accident for you, members of your family and other persons injured by accident while occupying your auto. You and members of your family are also covered as pedestrians should you be struck and injured by an auto.

You will be paid regardless of who is at fault for the accident up to the limits of coverage you select.

In Rhode Island this coverage is required at a minimum limit of $2,500 each person unless rejected in writing by the policyholder. The following higher limits of this coverage are also available:

| | | |
|---|---|---|
| $ 5,000 | $ 25,000 | $ 75,000 |
| 7,500 | 50,000 | 100,000 |
| 10,000 | | |

### UNINSURED MOTORISTS - BODILY INJURY
(Including Underinsured Motorists)

Under this coverage your own insurance company pays for bodily injury you are legally entitled to recover from an **uninsured** or hit-and-run motorist, or by an **underinsured motorist.**

An **uninsured motorist** is one who does not carry Liability insurance to pay for injury to others.

An **underinsured motorists** is one who does carry Liability insurance but the amount of insurance available under that motorist's policy is not enough to pay the damages you are legally entitled to recover.

You and family members living in your household are covered while riding in your auto or as pedestrians. Guests riding in your auto are also covered.

In Rhode Island this coverage is required at a limit equal to your Single Liability coverage limit. You may select a lower limit, but you are required to purchase at least the minimum limit of $50,000. If you select a limit that is less than your Liability coverage limit, your selection must be in writing. The following limits for Uninsured Motorists coverage are available:

| | | |
|---|---|---|
| $ 50,000 | $ 200,000 | $ 500,000 |
| 75,000 | 250,000 | 1,000,000 |
| 100,000 | 300,000 | 2,000,000 |
| 150,000 | 400,000 | |

If you have selected Split Liability limits, the Uninsured/Underinsured - Bodily Injury limit is required at a limit equal to your Split Liability coverage limit. You may select a lower limit, but you are required to purchase at least the minimum limit of $25,000 Each Person/$50,000 Each Accident Bodily Injury and $25,000 Property Damage. If you select a limit that is less than your Split Liability coverage limit, your selection must be in writing.

The following limits for Split Uninsured Motorists coverage are available:

| Bodily Injury Each Person/Each Accident |
|---|
| $ 25,000/$ 50,000 |
| 50,000/ 100,000 |
| 100,000/ 300,000 |
| 250,000/ 500,000 |
| 500,000/ 500,000 |
| 500,000/ 1,000,000 |
| 1,000,000/ 1,000,000 |

Payment for damage to your auto or other property is **not** included.

**UNINSURED MOTORISTS - PROPERTY DAMAGE**

This coverage pays you for damages which you are legally entitled to recover if your auto is damaged in an accident caused by an **uninsured** or **underinsured motorist.**

This coverage is written with a $200 deductible clause. The following limits for Uninsured Motorists Property Damage coverage are available:

| | | |
|---|---|---|
| $ 25,000 | $ 200,000 | $ 500,000 |
| 50,000 | 250,000 | 1,000,000 |
| 100,000 | 300,000 | 2,000,000 |
| 150,000 | 400,000 | |

Uninsured Motorists - Property Damage does **not** replace Collision Loss coverage.

**DAMAGE TO YOUR AUTO**

This coverage pays for accidental loss or damage to your auto minus any deductible you may select. The deductible is the amount you are responsible for in the event of damage or loss to your auto.

This coverage is divided into 2 parts. You may purchase either or both:

Part 1. Collision Loss pays for damage to your auto caused by upset or collision with another vehicle or object.

This part is written with a deductible and several deductible amounts are available. The higher the deductible amount the lower the cost. $100, $250 and $500 are some of the deductible amounts available.

Part 2. Other Than Collision Loss (formerly called Comprehensive coverage) pays for loss or damage to your auto except by collision. This includes theft of the auto or its equipment, fire, vandalism, breakage of glass, explosion, falling objects and damage from contact with birds or animals.

This part is written with or without a deductible. The higher the deductible amount the lower the cost. Full (no deductible), $100, $200, $250 and $500 are some of the deductible amounts available.

We believe the use of deductibles provides the best arrangement of your insurance protection. A deductible tends to keep down the cost of insurance and still provides adequate protection for the major investment you have in your auto.

**AUTO LOAN/LEASE COVERAGE**

This coverage pays when there is a total loss to your auto and the actual cash value of the auto is less than the amount due under the terms of a lease or loan agreement.

Payment under this coverage would not include such things as overdue payments, financial penalties for excessive use or high mileage, costs for extended warranties, security deposits or carry-over balances from previous loans or leases.

This coverage is available only if you have purchased Collision and Other Than Collision coverages for your auto. You must request Auto Loan/Lease coverage within 30 days of leasing or financing an auto.

**TOWING AND LABOR COSTS**

This coverage pays for towing and labor costs when your auto is disabled. Labor includes only work done at the place of disablement. With Amica's Roadside Assistance service, you may call our special toll-free number and a tow truck will be sent to your location. In most cases, you may then sign for the services provided and payment to the driver of the tow truck will not be necessary.

As an alternative, you may call your own towing company and pay for the service provided. You will be reimbursed up to $100 per disablement for covered services when you send the bill to us.

Limits of $150, $200 and $250 per disablement are available for motor homes.

**OPTIONAL LIMITS TRANSPORTATION EXPENSES COVERAGE**

If you have a loss under Damage To Your Auto coverage, you will be reimbursed for charges to rent a replacement while your auto is out of service. Payment is made up to $20 per day to a maximum of $600 per loss.

Optional Limits Transportation Expenses Coverage is an available option. Limits available: $30 per day to a maximum of $900 per loss, $40 per day to a maximum of $1,200 per loss or $50 per day to a maximum of $1,500 per loss.

## HOW RATES ARE DETERMINED

Rates for private passenger auto insurance are determined from the cost of settling claims that result from past auto accidents and losses and operating expenses. The rates are grouped at different levels according to household risk characteristics which are indicative of future loss potential, and include but are not limited to, operator age, gender, marital status, driving experience, vehicle information, credit history, premium payment record, traffic convictions, claims history and number of years you have insured your automobiles with Amica.

**Additional Rating Factors**

1. **Principal Place of Garaging of Your Auto** - This location is usually your home address shown on your policy. Each city, town, township, borough or other locality is part of a Rating Territory which has its own basic rates for each coverage.
2. **Use of Your Auto** - There are three categories:
   A. **Average Daily Mileage** - Means the average number of miles the auto is driven daily for any purpose other than farm or business use.

   B. **Farm** - Means your auto is garaged on a farm or ranch and is used for farming or ranching only. The auto may not be used in any occupation other than farming or ranching.

   C. **Business** - Means your auto is used in your occupation or profession. Also may be used for pleasure and driving to and from work.

**Other Rating Factors**

**Approved Driver Training** - Lower rates apply for drivers under 21 who have successfully completed a driver training course. The course must be sponsored and approved by recognized educational authorities and conducted by a certified instructor.

The course must consist of 1) at least 30 hours of classroom study and 6 hours of actual driving experience; or 2) at least 30 hours of classroom study, 3 hours of actual driving experience and 12 hours in an approved device which simulates practice driving.

**Good Students** - Lower rates apply for a driver under 25 who qualifies as a "good student". To qualify the driver must be at least age 16 and a full time student in high school or college. A statement from a school official must be presented indicating that during the immediately preceding semester the driver has met one of the following scholastic requirements:

1. Ranked in top 20% of class.
2. A "B" grade average.
3. A 3 point average on a 4 point scale.
4. On "Deans' List" or "Honor Roll".

**Students Away at School** - Lower rates may apply for youthful operators, if they are full time students at a school or college over 100 road miles from where the auto is garaged and the auto is not at school.

## DISCOUNTS

**Multi-Line Discount** - included if Amica provides your homeowners insurance.

**Two or More Autos** - Rates are reduced when you own and insure two or more autos with us.

**Defensive Driver Course** - Rates for Liability, Medical Payments and Collision coverages are reduced for drivers age 55 or older who successfully complete a Senior Operator Motor Vehicle Accident Prevention Course.

In order to be eligible, the driver must be the principal operator of the auto and must have successfully completed the course within the past 2 years. The course must be approved by the Rhode Island Division of Motor Vehicles.

This discount will not apply if the principal operator has been involved in an at-fault accident or been convicted of a moving traffic violation within the most recent 3 years.

**Special Equipment**

Anti-Theft Devices

Other Than Collision rates are reduced if your auto has a hood lock which can be released only from the inside and has one of the following devices installed:

**Alarm only.** An alarm emits a siren, horn or other loud signal when set off.

**Active disabling device.** A device you activate which may cut off the auto's fuel, ignition or starting system. (The customary ignition-steering wheel lock does not qualify.)

**Passive disabling device.** A device which automatically activates itself each time you park your auto which makes the fuel, ignition or starting system inoperative.

Vehicle Recovery System

Other Than Collision rates are reduced if your auto is equipped with a Vehicle Recovery System. This system consists of an electronic unit installed in an auto that is activated after the auto is stolen. When activated, the device provides information to law enforcement officials regarding the auto's location.

Vehicle Tracking System

Other Than Collision rates are reduced if your auto is equipped with a global positioning system (GPS) tracking device which will locate an auto automatically upon notification that the auto is stolen. If your auto is equipped with this type of device, you must maintain your contract with the tracking services provider. Annual verification of continued service is required.

Airbag or Passive Belting System

Medical Payments and/or No-Fault premiums are reduced if your auto is equipped with a factory installed automatic occupant restraint conforming to federal crash protection requirements.

Anti-Lock Braking System

Liability premiums are reduced if your auto is equipped with a factory installed four wheel anti-lock braking system.

## SAFE DRIVER INSURANCE PLAN

Lower rates apply when you and other drivers in your household have a driving record free of chargeable accidents or motor vehicle convictions.

Rates are increased under a point system for each chargeable accident or motor vehicle conviction that occurs within a 3-year period.

## OTHER IMPORTANT FACTS

**Electronic Equipment**

If you have purchased Collision or Other Than Collision:

1. Electronic equipment which reproduces, receives or transmits audio, visual or data signals, is covered when the equipment is permanently installed in a location used by the auto manufacturer for installation of such equipment.
2. Such equipment is covered, up to $1,000 when the equipment is permanently installed in a location **not** normally used by the manufacturer. Increased limits are available for an additional premium charge.

There is no coverage for such electronic equipment that is not permanently installed in your vehicle.

Tapes, records or discs used with any sound reproducing equipment are **not** insured under your policy. Coverage can be purchased for an additional premium charge.

**Customized Vehicle Exclusion** (Vans and pickup trucks)

The loss or damage to custom features on vans and pickup trucks is not covered by physical damage insurance unless you have requested the additional coverage.

Customized features include such items as any additional parts, equipment, furnishings, fixtures or finishing including special paint, murals or graphics.

If your vehicle has been customized, please provide us with a description of the equipment and the added dollar value of the customizing.