UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY | : | C.A. No. 08-41T |
| SAFECO INSURANCE COMPANY OF ILLINOIS<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER | : | C.A. No. 08-145S |

**PLAINTIFF JOYCE WAGENMAKER'S OBJECTION TO AMICA MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMERY JUDGEMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Joyce Wagenmaker hereby objects to Amica Mutual Insurance Company's Motion for Summary Judgment. Plaintiff Wagenmaker also hereby moves for Summary Judgment on her behalf. For grounds, Plaintiff relies on the reasons and authorities set forth in the Memorandum of Law served contemporaneously herewith.

WHEREFORE, Plaintiff requests that Amica's Motion for Summary Judgment be denied and that hers be granted.

Plaintiff
By her Attorney
/s/ David J. Oliveira

DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com
Date: 09/15/08

**CERTIFICATION**

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be

served electronically through the ECF system: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108, **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903, and **Mark P. Dolan, Esq.,** Rice, Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903 on this 15th day of September, 2008.

______/s/ David J. Oliveira______